and cultivated the enclosure; in 1886, he commenced to build on the lot and continued to clear more of it; in 1887–8 he continued to build, and in 1888 or 1889 moved upon the land and had resided there ever since, cultivating it each year, and now has a large farm on it; there was a small crib on the land when he took possession in 1884; and his improvements are worth at least $1,500.

G. J. HOLTON & SON, for plaintiff.
LEON A. WILSON, for defendant.

---

DECKER & FAWCETT *v.* GWINN & FRANKLIN.

SIMMONS, J.—A contract for the sale of goods was not complete, where there was an offer to buy at a given price, which was answered substantially in these terms: "Will accept. Reasonable time for delivery. Please name limit"; no limit being at any time named, so far as appears.        *Judgment affirmed.*
October 22, 1894.

Complaint.    Before Judge SWEAT.    Glynn superior court.    May term, 1894.

The petition was dismissed on motion, as insufficient in law.    It alleged, that Davant & Hunt, brokers, sold to plaintiffs, for account of defendants ten cars of grits at $1.13 per sack, which sale was based on a telegram in the following language, sent by defendants to Davant & Hunt: "Will accept for ten cars grits in sacks. Reasonable time for delivery. Please name limit." Defendants failed to deliver the goods at the price agreed by them; whereby plaintiffs were compelled to buy and did buy ten cars of grits at $1.60 per sack.    The suit was for the difference in price.

GARRARD, MELDRIM & NEWMAN and GOODYEAR & KAY, for plaintiffs.    SYMMES & BENNET, by HARRISON & PEEPLES, for defendants.